IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:22CR254-1
:
RAQUIS DONTAE SHA-KEE WATSON :

FILED AUG 29 2022

The Grand Jury charges:

On or about November 18, 2021, in the County of Lee, in the Middle District of North Carolina, RAQUIS DONTAE SHA-KEE WATSON knowingly did possess in and affecting commerce a firearm, that is, a Smith & Wesson .380 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: August 29, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: JACOB D. PRYOR
Assistant United States Attorney

A TRUE BILL:

FOREPERSON